the same room, but in separate rooms not properly guarded by their custodian.

"While the defendants again failed to offer any proof in support of this allegation the District Attorney did place Deputy Sheriff Riley on the witness stand, who testified members of the jury did sleep in the Southern Hotel in five separate rooms with two members sleeping in three rooms and three members in two rooms. That all of said rooms were in a certain wing of the hotel and that the jurors were locked in and guarded by a Deputy Sheriff, being at the end of the hall of said wing, all during the night.

"The testimony satisfies me that the jury was properly kept together at night during the trial.

"The sixth ground sets forth that in giving the jury a written list of responsive verdicts as required by R.S. Title 15:386 and 386.1 I only charged the jury as follows:

"First: 'Guilty as charged,' and

"Second: 'Not guilty.'

"I heretofore disposed of this ground in my reasons for overruling the motion in arrest of verdict."

For the reasons assigned, the conviction and sentence of each defendant, William H. Knight and Frank Scianna, is affirmed.

PONDER and HAWTHORNE, JJ., absent.

80 So.2d 399

VALENTINE & COMPANY, Inc.

v.

NEW ORLEANS PAINT & COLOR CO., Inc.

No. 41561.

April 25, 1955.

Felix W. Gaudin, New Orleans, for defendant-appellant.

Baldwin, Haspel & Molony, Lawrence A. Molony, Robert R. Rainold, New Orleans, for plaintiff-appellee.

SIMON, Justice.

This is a suit on an open account for goods and material sold and delivered by plaintiff, Valentine & Company, Inc., to the defendant, New Orleans Paint & Color Co., Inc., aggregating the sum of $6,915.45.

In his answer defendant sets forth that the balance due plaintiff on said open account is $1616.71, and he accordingly deposited said admitted balance in the Registry of the Civil District Court.

The district judge rendered judgment in favor of plaintiff for the full amount claimed by it, namely: $6,915.45, plus legal interest from September 1, 1953, from which judgment defendant appeals.

Subsequent to the filing of brief on behalf of defendant-appellant, a motion, signed by

counsel for both litigants herein, was filed in this Court, informing us that an agreement for the settlement of this litigation had been satisfactorily effected between plaintiff and defendant and requesting that the judgment of the district court be affirmed as rendered, with the right granted to defendant-appellant to withdraw its brief.

For these reasons, the judgment of the lower court is affirmed, with the right granted to defendant-appellant to withdraw its printed brief; all costs to be borne by the defendant-appellant.